1

2

3

4

5

6

7                      UNITED  STATES  DISTRICT  COURT

8                    CENTRAL  DISTRICT  OF  CALIFORNIA

9                           WESTERN  DIVISION

10

11   ANDRE ANDREWS,                )   No. CV 10-05850-MWF (VBK)
                                    )
12                  Plaintiff,      )   ORDER (1) ACCEPTING THE FINDINGS
                                    )   AND RECOMMENDATIONS OF THE UNITED
13       v.                         )   STATES MAGISTRATE JUDGE, AND (2)
                                    )   DENYING DEFENDANTS' MOTION FOR
14   CLIFFORD SLAWINSKI, et al.,    )   SUMMARY JUDGMENT
                                    )
15                  Defendants.     )
     _____ )

16

17        Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint,

18   Defendants' Motion for Summary Judgment, Plaintiff's Opposition to

19   Defendants' Motion for Summary Judgment, and Defendants' Reply to

20   Plaintiff's Opposition and Defendants' Evidentiary Objections to

21   Plaintiff's Declaration and all other papers along with the attached

22   Report and Recommendation of the United States Magistrate Judge, and

23   has made a de novo determination of the Report and Recommendation.

24   //

25   //

26   //

27   //

28   //

1     **IT IS THEREFORE ORDERED** that the Court (1) approve the findings

2 of the United States Magistrate Judge, and (2) direct that Defendants'

3 Motion for Summary Judgment be **DENIED**.

4

5 DATED: <u>April 10, 2013</u>

                              MICHAEL W. FITZGERALD

6                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28