JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE ANDREWS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CLIFFORD SLAWINSKI, and ALFRED LIO,<br><br>　　　　　Defendants. | Case No. CV 10-05850- MWF (VBKx)<br><br>**JUDGMENT AFTER TRIAL** |

　　　Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 82). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

　　　**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment on the merits be entered in favor of Defendants Clifford Slawinski and Alfred Lio, and that Plaintiff Andre Andrews take nothing from his Complaint.

1  Defendants Slawinski and Lio are awarded their costs in accordance with Federal
2  Rule of Civil Procedure 54(d)(1) and Local Rule 54.

Dated: May 28, 2015.

_____
MICHAEL W. FITZGERALD
United States District Judge